UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARSHALL ALLEN COATS,<br>Plaintiff,<br>v.<br>MADELEINE WILLIAMSON, et al.,<br>Defendants. | CASE NO. 2:26-CV-3142-TL<br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation and DENIES Plaintiff's Application to Proceed IFP (Dkt. No. 5).

(2) This case is DISMISSED WITH PREJUDICE based on Plaintiff's claims being barred by the statute of limitations and Plaintiff's failure to state a claim upon which relief can be granted. The dismissal SHALL constitute a strike under 28 U.S.C. § 1915(g).

(3) The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 3rd day of November, 2026.

TANA LIN
United States District Judge